■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS GRILLASCA, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Queens County, entered September 30, 1964, which denied without a hearing his application to vacate a judgment of the former County Court, Queens County, rendered October 2, 1959 on his plea of guilty, convicting him of attempted burglary in the third degree, and sentencing him to a term of 2½ to 10 years. Order reversed on the law and the facts and proceeding remitted to the Supreme Court, Queens County, Criminal Term, for a hearing on the issue of whether defendant's plea of guilty was induced either by coercion, fraud or a promise by the Assistant District Attorney that he would receive a sentence of 2½ to 5 years instead of the sentence actually imposed. On the facts presented in this record, a hearing is required. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LEONTI, Appellant.— Pending the withholding of a determination of his appeal to the Court of Appeals from an order of this court, entered April 6, 1964, modifying a judgment of the Supreme Court, Nassau County, rendered May 11, 1962, convicting him of felony murder in the first degree, murder in the second degree, and arson in the third degree (*People* v. *Leonti,* 20 A D 2d 899), and the remission of the case to the Supreme Court, Nassau County, for further proceedings consistent with *People* v. *Huntley* (15 N Y 2d 72), (*People* v. *Leonti,* 15 N. Y. 2d 723), the defendant appeals from an order of the Supreme Court, Nassau County, entered March 24, 1965 after such a hearing as was directed by the Court of Appeals, which determined beyond a reasonable doubt that the statements which the defendant made to the police and prosecutor prior to his arraignment and which were used in evidence against him at the trial were given voluntarily. On the court's own motion, the order appealed from is deemed to constitute an order denying an application by the defendant to vacate the judgment of conviction, as modified by this court on the prior appeal; and the notice of appeal to this court is deemed to refer to an order denying such *coram nobis* relief. As so construed, order affirmed. No opinion. Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.